**FLORIDA KEY DEER (ODOCOILEUS VIRGINIANUS CLAVIUM), National Wildlife Federation, et al., Plaintiffs–Appellees,**

v.

**R. David PAULISON, in his official capacity as Acting Director of The Federal Emergency Management Agency, an Agency of the United States of America, et al., Defendant,**

**Monroe County, Movant–Appellant.**

**Florida Key Deer, (Odocoileus virginianus clavium), National Wildlife Federation, et al., Plaintiffs–Appellees,**

v.

**R. David Paulison, in his official capacity as Acting Director of The Federal Emergency Management Agency, an agency of the United States of America, et al., Defendant,**

---

\* Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.

**Bayview Development, LLC, Slice of Paradise, LLC, et al., Movants–Appellants.**

**Nos. 05–16990, 06–11129**

United States Court of Appeals, Eleventh Circuit.

April 2, 2008.

Michael T. Burke, Tamara McNierney Scrudders, Johnson, Anselmo, Murdoch, Burke, Piper & McDuff, Ft. Lauderdale, FL, Jessica L. Rothenberg, Hershoff, Lupino & Yagel, LLP, Tavernier, FL, for Movant–Appellant.

John F. Kostyack, National Wildlife Federation, Washington, DC, for Plaintiffs–Appellees.

Mary Randolph Sargent, National Wildlife Federation, Washington, DC, for Joe M. Allbaugh.

Before ANDERSON and BARKETT, Circuit Judges, and TRAGER,\* District Judge.

**PER CURIAM:**

A number of putative intervenors [1] appeal from the district court's denials of their motions to intervene in this case. We find no error and have resolved the merits of the underlying dispute. *See Fla. Key Deer v. Paulison,* 522 F.3d 1133 (11th Cir. 2008). We note, however, that we affirm without prejudice to the intervenors' ability, should they choose to do so, to file new motions to intervene with reference to the district court's future consider-

---

1. The putative intervenors are Monroe County and over fifty owners of property within Monroe County.

ation of the recently proposed "reasonable and prudent alternatives" that the Federal Emergency Management Agency adopted.

**AFFIRMED.**